# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramon Ponce, | No. CV-19-00339-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| Tucson Federal Credit Union, | |
| Defendant. | |

Pending before the Court is Plaintiff's motion to appear telephonically at the the Case Management Conference set for Thursday, October 17, 2019, at 2:30 p.m. (Doc. 10). The Court finds good cause. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion (Doc. 10) is granted. Lead Counsel for Plaintiff is permitted to attend the Case Management Conference by phone. Counsel for Plaintiff shall call 866-390-1828 prior to the start of the conference. The access code is 2989170. For further logistical inquiries, the parties may contact the Court's Courtroom Deputy, Tiffany Dame at (520) 205-4682.

Dated this 19th day of September, 2019.

Honorable James A. Soto
United States District Judge