Taxiarchis Hatzidimitriadis
Attorney Email Address: thatz@sulaimanlaw.com
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 581-5858
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Ramon Ponce,<br><br>        Plaintiff,<br><br>   v.<br><br>Tucson Federal Credit Union,<br><br>        Defendant. | Case No. 4:19-cv-00339-JAS |

### Notice of Service of Responses to Mandatory Initial Discovery

I, Taxiarchis Hatzidimitriadis, an attorney hereby certifies that on October 3, 2019 a copy of the Plaintiff's Responses to Mandatory Initial Discovery and documents were sent via email to all counsel of record.

Dated: October 3, 2019                        Respectfully submitted,

                                                   /s/ Taxiarchis Hatzidimitriadis
                                                   Taxiarchis Hatzidimitriadis
                                                   *Counsel for Plaintiff*
                                                   *Admitted Pro Hac Vice*
                                                   Sulaiman Law Group, Ltd.
                                                   2500 South Highland Avenue, Suite 200
                                                   Lombard, IL 60148
                                                   Phone: (630) 581-5858
                                                   thatz@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Service of Responses to Mandatory Initial Discovery was electronically filed with the Clerk of the Court using the CM/ECF system on this 3rd day of October 2019, which constitutes service on counsel of record.

/s/ Taxiarchis Hatzidimitriadis
Taxiarchis Hatzidimitriadis
*Counsel for Plaintiff*