1  David L. O'Daniel  (SBN:  006418)
   Annelise M. Dominguez (SBN:  033299)
2  **GORDON REES SCULLY MANSUKHANI, LLP**
   Two N. Central Avenue, Suite 2200
3  Phoenix, Arizona 85004
   602-794-2472
4  dodaniel@grsm.com
   adominguez@grsm.com
5
   Attorneys for Defendant
6  Tucson Federal Credit Union

7                **IN THE UNITED STATES DISTRICT COURT**

8                    **FOR THE DISTRICT OF ARIZONA**

9

10 Ramon Ponce,                          )  **CASE NO.  4:19-cv-00339-JAS**
                                         )
11                   Plaintiff,          )  **DEFENDANT TUCSON FEDERAL**
                                         )  **CREDIT UNION'S NOTICE OF**
12     vs.                               )  **SERVICE OF MIDP RESPONSES**
                                         )
13 Tucson Federal Credit Union,          )    (Jury Trial Demanded)
                                         )
14                   Defendant.          )
                                         )
15                                       )
                                         )
16                                       )
                                         )
17 _____

18         Defendant Tucson Federal Credit Union ("Tucson Federal") hereby provides

19 notice that it served its Mandatory Initial Discovery Pilot Project Responses via and U.S.

20 Mail on October 3, 2019.

21         Dated this 3rd day of October, 2019.

22                                        GORDON REES SCULLY
                                          MANSUKHANI, LLP
23

24                                        By:   /s/Annelise M. Dominguez_____
                                                David L. O'Daniel
25                                              Annelise M. Dominguez
                                                *Attorneys for Defendant*
26                                              *Tucson Federal Credit Union*

27

28

## CERTIFICATE OF SERVICE

☒    I hereby certify that on October 3, 2019, I filed the attached document via ECF and provided a copy to the following counsel of record via Court Email.

Taxiarchis Hatzidimitriadis
**SULAIMAN LAW GROUP**
2500 S. Highland  Ave., Ste. 200
Lombard, IL 60148
thatz@sulaimanlaw.com

Kimberley M. Davison