# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramon Ponce, | No. CV-19-00339-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| Tucson Federal Credit Union, | |
| Defendant. | |

The Court held a Case Management Conference at 3:00 p.m. in Courtroom 6A on October 22, 2019. After reviewing the notice of current deadlines in *Ponce v. Equifax Information Services, LLC*, 19-cv-02908, the Court finds that deferring on a scheduling order is prudent and appropriate in this litigation. The Court will reconsider this issue after the December 5, 2019 status hearing in the Illinois case. Accordingly,

IT IS HEREBY ORDERED that Plaintiff shall file the minute entry or any other scheduling order resulting from the December status conference in the above referenced case within fourteen days of the Illinois Court filing such a document. If the status conference is moved, Plaintiff shall notice this Court in a timely manner.

Dated this 28th day of October, 2019.

Honorable James A. Soto
United States District Judge