1  TAXIARCHIS HATZIDIMTRIADIS
   thatz@sulaimanlaw.com
2  SULAIMAN LAW GROUP, LTD.
   2500 South Highland Avenue, Suite 200
3  Lombard, IL 60148
   Telephone: (630) 575-8181
4  Facsimile: (630) 575-8188
5  *Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Ramon Ponce, | **CASE NO. 4:19-CV-00339-JAS** |
|---|---|
| Plaintiff, | **AGREED STIPULATION OF DISMISSAL** |
| v. | |
| Tucson Federal Credit Union, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, RAMON PONCE, and the Defendant, TUCSON FEDERAL CREDIT UNION, through their respective counsel that the above-captioned action is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

Dated: December 17, 2019                              Respectfully Submitted,

**RAMON PONCE**                                      **TUCSON FEDERAL CREDIT UNION**

/s/ Taxiarchis Hatzidimitriadis                      /s/ Annelise M. Dominguez (*with consent*)
Taxiarchis Hatzidimitriadis                          Annelise M. Dominguez
*Counsel for Plaintiff*                              *Counsel for Defendant*
Sulaiman Law Group, Ltd.                             Gordon Rees Scully Mansukhani, LLP
2500 S. Highland Avenue, Suite 200                   Two N. Central Avenue, Suite 2200
Lombard, Illinois 60148                              Phoenix, Arizona 85004
Phone: (630) 575-8181                                Phone: (602) 794-2472
thatz@sulaimanlaw.com                                adominguez@grsm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Taxiarchis Hatzidimitriadis<br>
Taxiarchis Hatzidimitriadis