# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramon Ponce, | No. CV-19-00339-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| Tucson Federal Credit Union, | |
| Defendant. | |

Plaintiff, RAMON PONCE ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd., having filed with this Court his Agreed Stipulation of Dismissal without Prejudice (Doc. 19) and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS ORDERED that the stipulation (Doc. 19) is granted and the above cause of action is hereby dismissed, without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment and close this case.

Dated this 18th day of December, 2019.

Honorable James A. Soto
United States District Judge