# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramon Ponce,<br><br>    Plaintiff,<br><br>v.<br><br>Tucson Federal Credit Union,<br><br>    Defendant. | **NO. CV-19-00339-TUC-JAS**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Agreed Stipulation of Dismissal without Prejudice, that this case is dismissed without prejudice.

Brian D. Karth
District Court Executive/Clerk of Court

December 18, 2019

By    s/ M Espinoza
      Deputy Clerk